AO 106 (Rev. 06/09) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Missouri

**FILED**

**JUN 27 2019**

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST LOUIS

| | |
|---|---|
| In the Matter of the Search of )<br>Information associated with "VINCENT WILKES," )<br>under Facebook User ID Number )<br>100003110332272, and User ID Name )<br>https://www.facebook.com/VinVinFromTheSouth )<br>that is stored at premises controlled by Facebook, )<br>Inc.  This user account is affiliated with an account )<br>located within Facebook Inc., an Internet-based social )<br>networking site headquartered in Menlo Park, California. ) | Case No. 4:19 MJ 7254 (SPM) |

## APPLICATION FOR A SEARCH WARRANT

I,  __Matt W. McKnight__ , a federal law enforcement officer or an attorney for the government request a search warrant and state under penalty of perjury that I have reason to believe that on the following property:

### SEE ATTACHMENT A

located in the _____NORTHERN_____ District of _____CALIFORNIA_____, there is now concealed

### SEE ATTACHMENT B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ✓ evidence of a crime;
- ✓ contraband, fruits of crime, or other items illegally possessed;
- ✓ property designed for use, intended for use, or used in committing a crime;
- ❑ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| Title 21, U.S.C., §§ 841(a)(1) and 846 | Conspiracy to possess with intent to distribute controlled substances |
| Title 18, U.S.C., §924(c) | Firearms Offenses |

The application is based on these facts:

SEE ATTACHED AFFIDAVIT WHICH IS INCORPORATED HEREIN BY REFERENCE.

- ✓   Continued on the attached sheet.
- ❑   Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Matt W. McKnight, Special Agent
Drug Enforcement Administration
*Printed name and title*

**Sworn to before me and signed in my presence.**

Date:  _____June 27, 2019_____

_____
*Judge's signature*

City and State:  ___St. Louis, MO___

Hon. Shirley P. Mensah, U.S. Magistrate Judge
*Printed name and title*
AUSA:   BETH ORWICK

FILED

JUN 27 2019

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST LOUIS

IN THE UNITED STATES DISTRICT COURT
FOR EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH "VINCENT WILKES," UNDER FACEBOOK USER ID NUMBER 100003110332272, and USER ID NAME https://www.facebook.com/VinVinFromTheSouth THAT IS STORED AT PREMISES CONTROLLED BY FACEBOOK INC. | Case No.   4:19 MJ 7254  (SPM) **Filed Under Seal** |

### AFFIDAVIT IN SUPPORT OF
### AN APPLICATION FOR A SEARCH WARRANT

I, Special Agent Matt W. McKnight of the Drug Enforcement Administration being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.     I make this affidavit in support of an application for a search warrant for information associated with a certain Facebook user ID Number 100003110332272, and User ID Name https://www.facebook.com/VinVinFromTheSouth that is stored at premises owned, maintained, controlled, or operated by Facebook Inc. ("Facebook"), a social networking company headquartered in Menlo Park, California.   The information to be searched is described in the following paragraphs and in Attachment A.  This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Facebook to disclose to the government records and other information in its possession, pertaining to the subscriber or customer associated with the user ID.

2.      I am a Special Agent with the Drug Enforcement Administration and have been since May 2003.  I am currently assigned to Enforcement Group 32 of the St. Louis Division Office. Prior to my employment with the DEA, I was a reserve deputy in Shawnee County Kansas for approximately two years. During the course of my law enforcement experience, I have participated in numerous investigations involving controlled substances.  I have conducted investigations of a variety of illegal drug-trafficking and money-laundering organizations.  I have participated in investigations that led to the seizure of illegal drugs, weapons, and assets derived from the sale of illegal drugs, and the subsequent felony arrests of those individuals involved.  I have participated in numerous drug-related training courses throughout my law enforcement career.  I am familiar with and have used normal methods of investigation, including, but not limited to, visual and electronic surveillance, questioning of witnesses and defendants, the use of search and arrest warrants, the use of informants, the use of pen registers, the utilization of confidential sources and undercover agents, and the use of court-authorized wire and electronic intercepts.

3.      The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that violations of Title 21, United States Code, Section 841(a)(1); Title 21, United States Code, Section 846; Title 18, United States Code Section 924(c); and Title 18 United States Code, Section 2119, by Vincent Wilkes and others known and unknown.  There is also probable cause to search the information described in Attachment

2

A for evidence of these crimes and contraband or fruits of these crimes, as described in Attachment B.

## **PROBABLE CAUSE**

5.     Members of DEA Task Force Group 32 are presently investigating narcotics trafficking as well as acts of violence between the 27 Accomac Crips gang (hereinafter referred to as 27 Mac) and rival gang, the Grape Street Crips.  In July of 2017, investigators were advised of the murder of Shemarcus McCullough, who was a Grape Street Crip member. During the investigation, multiple 27 Mac members were present at a theme park (Six Flags) prior to the homicide of McCullough, who was also present at Six Flags. McCullough was shot and killed on that same date as he was travelling on Highway 44 in St. Louis County. An individual(s) located in another vehicle travelling in the same direction shot McCullough. Investigators later learned that several 27 Mac members, left Six Flags in separate vehicles, were on the same highway, and travelling in the same direction as McCullough at the time of his murder.

6.     In October of 2017, 27 Mac member Robert White, Jr. was murdered in East St. Louis, IL.  White was present at Six Flags along with other members of the 27 Mac gang just prior to McCullough's murder.

7.     Following White's murder, investigators are aware of one attempted drive-by shooting, which investigators prevented from occurring, and two additional drive-by shootings that occurred in retaliation for White's murder. Both incidents involved members of the 27 Mac gang as the shooters.

8.     During the investigation, agents have recovered numerous firearms from members of the 27 Mac gang that are linked to the shooting incidents described above; many

3

of the firearms used in these incidents have been handguns. Investigators are also aware that Gordon has been in contact with several of these 27 Mac members and frequently professes his association with the gang on social media.

9.      During the investigation into the 27 Mac and Grape Street Crips street gangs, agents have recovered firearms from members of the 27 Mac gang that are linked to the shooting incidents described above. Investigators have also recovered numerous firearms and narcotics from Grape Street Crip members who have been indicted and convicted of federal firearms and narcotics charges.

10.      Investigators began monitoring the Facebook and social media pages of multiple members of the 27 Mac gang and have observed that a profile under the name Amontae GORDON frequently posts photos and videos of GORDON. Investigators know that GORDON was present at Six Flags the day Shamarcus McCullough was killed. Investigators have observed multiple photos and videos dated 2017 and 2018, where GORDON posts himself in possession of marijuana that he indicates is for sale and with multiple handguns and assault rifles. In a live video uploaded to the page on January 31, 2018, GORDON filmed himself and two juveniles holding four handguns including a tech 9 semi- automatic machine pistol.

11.      In February of 2018, investigators were approached by the St. Louis Metropolitan Police Department and provided information that Amontae GORDON and Vincent WILKES were suspected of conducting carjackings and narcotics sales in South St. Louis City. Investigators were advised that WILKES was a member of the "Pressure Gang" and that several of the fellow members of the Pressure Gang were currently charged and awaiting adjudication on narcotics sales, robberies, and carjacking.

4

12.     Investigators contacted the St. Louis Federal Bureau of Investigation and began coordinating. Investigators observed that the Facebook page under the name Amontae GORDON was Facebook friends with and appeared in photos with WILKES on a Facebook page under the name "Vincent WILKES." Investigators conducted an investigation of WILKES' publically accessible Facebook page at that time and observed the following:

a.   Investigators observed that between January 16, 2018, and March 6, 2018, twenty-four separate photos of WILKES have been posted to the Vincent WILKES Facebook page. These photos depict WILKES in possession of numerous handguns, assault pistols, and assault rifles. In one of these photos, WILKES appears with GORDON who is holding an AK-47 assault rifle while WILKES is holding two handguns.

b.   Investigators also observed numerous photos of WILKES with large quantities of U.S. currency. WILKES has made numerous posts indicating that he "has gas and is mobile." Investigators know that this term is a street euphemism for being in possession narcotics for sale. WILKES is stating that he is in a vehicle and has narcotics for sale and is soliciting individuals to contact him who would like to purchase narcotics.

c.   On February 11, 2018, a post appeared on the Vincent Wilkes Facebook page that stated, "Tech 9 for trade." Investigators believe that WILKES is referring to the assault pistol Tech 9 that WILKES appears to be in possession of in numerous photos that were previously posted to the Vincent WILKES Facebook page.

d.   Investigators observed on February 13, 2018, a post was made on the Vincent WILKES Facebook page that stated, "Glock 19 for trade." Investigators observed

5

a Facebook account under the name "Pyg Wayne" posted a response stating, "Nbox Me." Investigators believe that this is a reference to WILKES and the user of Pyg Wayne to continue the illegal firearms exchange through Messenger.

13.     Investigators are aware that Facebook,  "is a social networking website and service where users can post comments, share photographs and links to news or other interesting content to the Web, play games, chat live, and stream live video. Shared content can be made publicly accessible, or it can be shared only among a select group of friend or family or a single person." (Definition from Lifewire February 2, 2018).  Facebook also allows for direct messaging, also known as instant messaging, on Facebook's Messenger feature (hereinafter referred to as Messenger).  Investigators have observed that WILKES has posted on numerous occasions, on his public posts, for individuals to "In Box" him; which investigators are aware means that WILKES would like people to contact him privately on Messenger. Messenger communications are not posted on WILKES' public Facebook page.

14.     Investigators know that users of Facebook will often download the application to their cellular device in order to have access to all of the features while they are not near dedicated internet signals such as Wi-Fi, tablets, or desktop computers. Investigators are also aware that narcotics traffickers often utilize Facebook in order to conduct narcotics trafficking activities. In the investigation, the Facebook page under the name WILKES has posted numerous times "Gas and mobile." Investigators know that this is a street euphemism for being in possession narcotics for sale. WILKES is stating that he is in a vehicle and has narcotics for sale and is soliciting individuals to contact him who would like to purchase narcotics.

6

15.     Investigators received authorization from the Honorable Shirley Mensah, on February 28, 2018, to begin collecting to location information for the Internet Protocol number that WILKES was using to log into his Facebook page to communicate and make posts. Based in this information, investigators were able to locate WILKES on the afternoon of March 14, 2018.

16.     In the spring of 2018, investigators obtained federal search warrants for several addresses, including 3518 Pennsylvania, an address that WILKES and other Pressure gang members used to sell narcotics.

17.     Subsequently, in anticipation of the search warrants and during physical surveillance of WILKES on March 14, 2018, investigators observed WILKES post a live video to Facebook of him and several other gang members in possession of firearms and wearing surgical masks. These masks are often associated with narcotics traffickers who mix fentanyl with heroin during the process to place the combined powder into capsules for resale. Investigators observed WILKES and the other gang members exit an apartment in the moments after the video was posted and enter into a stolen vehicle. Surveillance followed WILKES directly to 3520 Pennsylvania.  Prior to the execution of the search warrant at that address, the presence of law enforcement was detected and several individuals quickly exited the residence carrying bags and enter into a single vehicle.  Investigators attempted to traffic stop the vehicle WILKES was in, at which time the vehicle refused to stop for law enforcement. Investigators and detectives observed occupants of the vehicle, including WILKES, throw baggies of suspected narcotics and firearms from the vehicle. The vehicle was eventually disabled and WILKES was taken into custody.   Investigators recovered narcotics and several firearms thrown from the vehicle and from inside the vehicle.  WILKES

was charged with possession of a controlled substance and unlawful use of a weapon in St. Louis City (Cause Number: 1822-CR00921-01), this case is still pending.

18.     Following this incident, investigators learned that WILKES was also being investigated for his role in an armed carjacking in St. Louis County. Investigators communicated with the St. Louis County Prosecutors Office that indicated they certified WILKES as an adult and that charges were filed. The case is pending adjudication. In an attempt to assist in the investigation, agents received authorization to obtain the private photos, messages, and communications of WILKES Facebook page.

19.     On March 12, 2018, The Honorable David D. Noce authorized a search warrant for the Facebook account belonging to Vincent Wilkes (4:18-MJ-62DDN). Investigators reviewed the data supplied by Facebook.  Investigators received the response and observed that WILKES utilized the platform to illegally buy and sell firearms and narcotics. WILKES also routinely posted, sent, and received videos and photos of himself and fellow gang members in possession of handguns, assault rifles, and large amounts of U.S. Currency. WILKES utilized both the publically accessible side of his Facebook account as well as the Facebook Messenger application.

20.     In June of 2019, investigators learned that WILKES was arrested in possession of a firearm and fentanyl by Bel Ridge Police Department officers. At the time of his arrest, WILKES was on bond awaiting trial for Robbery First Degree and Armed Criminal Action from St. Louis County and Unlawful Use of a Weapon and possession of a controlled substance in St. Louis City.[1]  On June 6, 2019, a federal Grand Jury indicted Defendant on

---

[1] Defendant was certified as an adult in these two cases.

Possession with the Intent to Distribute Fentanyl in violation of Title 21 United States Code, Section 841(a) and Possession of a Firearm During the Commission of a Drug Trafficking Offense in violation of Title 18 United States Code, Section 924(c) (Cause Number: 4:19-CR-00436-RLW-DDN). During this arrest, Defendant was in possession of twenty capsules of what was later laboratory analyzed and determined to be fentanyl as well as a loaded black Glock 27 (S/N: BBTX058).

21.     During this investigation, investigators maintained surveillance on WILKES' public posts to his Facebook page as a result of the information confirming that WILKES uses the platform to buy and sell narcotics and firearms. Investigators observed that on May 25, 2019, at 1:43 PM, the same date of his most recent arrest, WILKES wrote a Facebook post on his publically accessible page, stating, "I keep a baby glock I ain't fighting wit no random Periodt!"[2]  Investigators are aware that "baby glock" is a reference to a series of Glock handguns that are smaller, like the one WILKES possessed on May 25, 2019.

22.     On May 29th, 2019, investigators observed a photo of WILKES posted to the his Facebook page where he is sitting on step next to a fellow gang member known to investigators as "Zae Pressure" with the following message, "My brother shoot like we stay at the park or sum pull up on who? Bitch we parkin sum." Investigators were able to observe that in the photo WILKES is wearing his court issued ankle monitor on his right ankle. Investigators were aware that WILKES had been recently placed on a pretrial release for

---

[2] Investigators observed that the page was the same page that they had previously obtained a search warrant for. Investigators observed many of the same photos and videos that were referenced in the first warrant were still present on the page , along with new photos that had been posted on dates that were after WILKES had been released pending adjudication.

pending state charges and required to wear an ankle monitor to collect his location information, demonstrating that this photo was taken after Defendant was released on bond and is a recent photo.   Investigators also observed a large extended handgun magazine protruding from the front right pocket of Zae Pressure's shorts. Investigators then observed on May 30, 2019, a photo posted publically to WILKES page showing WILKES standing in front of a street during the daytime with a large extended handgun magazine protruding from his front right shorts pocket.

23.     Based on this information, investigators believe that WILKES is continuing to conducting narcotics transactions, coordinating carjacking's, and making illegal firearms transactions utilizing the instant messenger feature on the Facebook page under his name. Investigators believe obtaining these instant messages will provide investigators with additional information into the narcotics trafficking of both WILKES and unknown members of the pressure gang.

24.     Facebook owns and operates a free-access social networking website of the same name that can be accessed at http://www.facebook.com.  Facebook allows its users to establish accounts with Facebook, and users can then use their accounts to share written news, photographs, videos, and other information with other Facebook users, and sometimes with the general public.

25.     Facebook asks users to provide basic contact and personal identifying information to Facebook, either during the registration process or thereafter.  This information may include the user's full name, birth date, gender, contact e-mail addresses, Facebook passwords, physical address (including city, state, and zip code), telephone numbers, screen

names, websites, and other personal identifiers.  Facebook also assigns a user identification number to each account.

26.     Facebook users may join one or more groups or networks to connect and interact with other users who are members of the same group or network.  Facebook assigns a group identification number to each group.  A Facebook user can also connect directly with individual Facebook users by sending each user a "Friend Request."  If the recipient of a "Friend Request" accepts the request, then the two users will become "Friends" for purposes of Facebook and can exchange communications or view information about each other.  Each Facebook user's account includes a list of that user's "Friends" and a "News Feed," which highlights information about the user's "Friends," such as profile changes, upcoming events, and birthdays.

27.     Facebook users can select different levels of privacy for the communications and information associated with their Facebook accounts.  By adjusting these privacy settings, a Facebook user can make information available only to himself or herself, to particular Facebook users, or to anyone with access to the Internet, including people who are not Facebook users.  A Facebook user can also create "lists" of Facebook friends to facilitate the application of these privacy settings.  Facebook accounts also include other account settings that users can adjust to control, for example, the types of notifications they receive from Facebook.

28.     Facebook users can create profiles that include photographs, lists of personal interests, and other information.  Facebook users can also post "status" updates about their whereabouts and actions, as well as links to videos, photographs, articles, and other items available elsewhere on the Internet.  Facebook users can also post information about

11

upcoming "events," such as social occasions, by listing the event's time, location, host, and guest list. In addition, Facebook users can "check in" to particular locations or add their geographic locations to their Facebook posts, thereby revealing their geographic locations at particular dates and times. A particular user's profile page also includes a "Wall," which is a space where the user and his or her "Friends" can post messages, attachments, and links that will typically be visible to anyone who can view the user's profile.

29.     Facebook allows users to upload photos and videos, which may include any metadata such as location that the user transmitted when s/he uploaded the photo or video. It also provides users the ability to "tag" (i.e., label) other Facebook users in a photo or video. When a user is tagged in a photo or video, he or she receives a notification of the tag and a link to see the photo or video. For Facebook's purposes, the photos and videos associated with a user's account will include all photos and videos uploaded by that user that have not been deleted, as well as all photos and videos uploaded by any user that have that user tagged in them.

30.     Facebook users can exchange private messages on Facebook with other users using Messenger. Those messages are stored by Facebook unless deleted by the user. Facebook users can also post comments on the Facebook profiles of other users or on their own profiles; such comments are typically associated with a specific posting or item on the profile. In addition, Facebook has a chat feature that allows users to send and receive instant messages through Facebook Messenger. These chat communications are stored in the chat history for the account. Facebook also has Video and Voice Calling features, and although Facebook does not record the calls themselves, it does keep records of the date of each call.

31.     If a Facebook user does not want to interact with another user on Facebook, the first user can "block" the second user from seeing his or her account.

32.     Facebook has a "like" feature that allows users to give positive feedback or connect to particular pages.  Facebook users can "like" Facebook posts or updates, as well as webpages or content on third-party (*i.e.*, non-Facebook) websites.  Facebook users can also become "fans" of particular Facebook pages.

33.     Facebook has a search function that enables its users to search Facebook for keywords, usernames, or pages, among other things.

34.     Each Facebook account has an activity log, which is a list of the user's posts and other Facebook activities from the inception of the account to the present.  The activity log includes stories and photos that the user has been tagged in, as well as connections made through the account, such as "liking" a Facebook page or adding someone as a friend.  The activity log is visible to the user but cannot be viewed by people who visit the user's Facebook page.

35.     Facebook also has a Marketplace feature, which allows users to post free classified ads.  Users can post items for sale, housing, jobs, and other items on the Marketplace.

36.     In addition to the applications described above, Facebook also provides its users with access to thousands of other applications ("apps") on the Facebook platform.  When a Facebook user accesses or uses one of these applications, an update about that the user's access or use of that application may appear on the user's profile page.

37.     Facebook also retains Internet Protocol ("IP") logs for a given user ID or IP address.  These logs may contain information about the actions taken by the user ID or IP

13

address on Facebook, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action. For example, if a user views a Facebook profile, that user's IP log would reflect the fact that the user viewed the profile, and would show when and from what IP address the user did so.

38.    Social networking providers like Facebook typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number). In some cases, Facebook users may communicate directly with Facebook about issues relating to their accounts, such as technical problems, billing inquiries, or complaints from other users. Social networking providers like Facebook typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

39.    As explained herein, information stored in connection with a Facebook account may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion. In my training and experience, a Facebook user's IP log, stored electronic communications, and other data retained by Facebook, can indicate who has used or controlled the Facebook account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, profile contact information, private messaging logs, status updates, and tagged photos (and the data associated with the foregoing, such as date and time) may be evidence of who used or controlled the Facebook account at a

14

relevant time.  Further, Facebook account activity can show how and when the account was accessed or used.  For example, as described herein, Facebook logs the Internet Protocol (IP) addresses from which users access their accounts along with the time and date.  By determining the physical location associated with the logged IP addresses, investigators can understand the chronological and geographic context of the account access and use relating to the crime under investigation.  Such information allows investigators to understand the geographic and chronological context of Facebook access, use, and events relating to the crime under investigation.  Additionally, Facebook builds geo-location into some of its services.  Geo-location allows, for example, users to "tag" their location in posts and Facebook "friends" to locate each other.  This geographic and timeline information may tend to either inculpate or exculpate the Facebook account owner.  Last, Facebook account activity may provide relevant insight into the Facebook account owner's state of mind as it relates to the offense under investigation.  For example, information on the Facebook account may indicate the owner's motive and intent to commit a crime (e.g., information indicating a plan to commit a crime), or consciousness of guilt (e.g., deleting account information in an effort to conceal evidence from law enforcement).

40.     Therefore, the computers of Facebook are likely to contain all the material described above, including stored electronic communications and information concerning subscribers and their use of Facebook, such as account access information, transaction information, and other account information.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

41.     I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using

the warrant to require Facebook to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate the items described in Section II of Attachment B.

## CONCLUSION

42.     Based on the forgoing, I request that the Court issue the proposed search warrant.

43.     This Court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711. 18 U.S.C. §§ 2703(a), (b)(1)(A) & (c)(1)(A). Specifically, the Court of the Eastern District of Missouri.

44.     Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant.

## REQUEST FOR SEALING

45.     I further request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor

known to all of the targets of the investigation.  Accordingly, there is good cause to seal these

documents because their premature disclosure may seriously jeopardize that investigation.

Respectfully submitted,

Matt W. McKnight
Special Agent
Drug Enforcement Administration


Subscribed and sworn to before me on 27th day of June, 2019



SHIRLEY P. MENSAH
UNITED STATES MAGISTRATE JUDGE

17

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the Facebook user ID Number 100003110332272, Account Name https://www.facebook.com/VinVinFromTheSouth that is stored at premises owned, maintained, controlled, or operated by Facebook Inc., a company headquartered in Menlo Park, California.

## ATTACHMENT B

### Particular Things to be Seized

**I.      Information to be disclosed by Facebook**

To the extent that the information described in Attachment A is within the possession, custody, or control of Facebook Inc. ("Facebook"), including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

      (a)     All contact and personal identifying information, including [[ID Number 100003110332272, Account Name https://www.facebook.com/VinVinFromTheSouth: full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers.]]

      (b)     All activity logs for the account and all other documents showing the user's posts and other Facebook activities;

      (c)     All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them, including Exchangeable Image File ("EXIF") data and any other metadata associated with those photos and videos,

      (d)     All profile information; News Feed information; status updates; videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and networks of which

the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(e)    All other records of communications and messages made or received by the user, including all private messages, chat history, video calling history, and pending "Friend" requests;

(f)    All "check ins" and other location information;

(g)    All IP logs, including all records of the IP addresses that logged into the account;

(h)    All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(i)    All information about the Facebook pages that the account is or was a "fan" of;

(j)    All past and present lists of friends created by the account;

(k)    All records of Facebook searches performed by the account;

(l)    All information about the user's access and use of Facebook Marketplace;

(m)    The types of service utilized by the user;

(n)    The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(o)    All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account;

2

    (p)    All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

## II.   Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Title 21, United States Code, Section(s) 841(a)(1), Title 21, United States Code, 846, and Title 18, United States Code 924 (c), and (d) involving Title 21, United States Code, Section(s) 841(a)(1), Title 21, United States Code, 846, and Title 18, United States Code 924 (c), Vincent Wilkes since February 5, 2018, including, for each user ID identified on Attachment A, information pertaining to the following matters:

    (a)    Involvement in carjacking's, the sale of illegal drugs, possession and illegal use of firearms, and communications of WILKES.

    (b)    Evidence indicating how and when the Facebook account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner;

    (c)    Evidence indicating the Facebook account owner's state of mind as it relates to the crime under investigation;

    (d)    The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

**\*\*FACEBOOK is hereby ordered to disclose the above information to the government within 14 days of the date of this warrant.\*\***

3